UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN PAULEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-2595 TLN KJN P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an amended complaint in light of recent surgery on his eye, which makes it difficult to read, and his recent transfer which delayed receipt of the last order. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 18) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to comply with the November 13, 2018 order.

Dated: December 12, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/paul2595.36