UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN PAULEY, | No. 2:18-cv-02595-TLN-KJN |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendant. | |

On November 19, 2018, Plaintiff filed a request for reconsideration of the magistrate judge's order filed November 19, 2018, denying counsel. (ECF No. 16.) Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration (ECF No. 16), the order the magistrate judge filed November 19, 2018 (ECF No. 15), is affirmed.

Dated: December 18, 2018

Troy L. Nunley
United States District Judge