UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN PAULEY, | No. 2:18-cv-2595 KJN P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff has filed his second request for an extension of time to file documents in compliance with the November 13, 2018 order. Good cause appearing, the request will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 20) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to comply with the November 13, 2018 order. No further extensions of time will be granted.

Dated: January 2, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/paul2595.36.sec